# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | MAGISTRATE JUDGE MASON |
| v. | **FILED** Feb 3, 2005 | CRIMINAL COMPLAINT |
| JUVENAL SALTO | FEB - 3 2005 | CASE NUMBER: |
| (Name and Address of Defendant) | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | **05CR0099** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __1/28/2005__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of first degree murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
<br>Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

*Scott R Irwin*
Signature of Complainant
**SCOTT R. IRWIN**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__February 3, 2005__  at  __Chicago, Illinois__
Date                                                    City and State

__MICHAEL T. MASON  United States Magistrate Judge__   *Michael T Mason*
Name & Title of Judicial Officer                         Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

### AFFIDAVIT

I, SCOTT R. IRWIN, Special Agent, Federal Bureau of Investigation, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation(FBI), and have been so employed for approximately seven months. The information contained in this affidavit was provided to me by FBI Special Agent JOSEPH T. PASQUESI, SR., who has worked with the Elk Grove Village, Illinois, Police Department, and other law enforcement officers on this case.

2. In the early morning hours of January 28, 2005, ADOLFO JUNGO was shot to death in Elk Grove Village, Illinois. Investigation revealed that JUNGO was sitting in a car with MARINA SALTO, the wife of JUVENAL SALTO, when JUVENAL appeared with a gun and confronted him. JUVENAL SALTO pulled JUNGO from the car as MARINA fled. She told police she then heard several shots. JUNGO was found in the vehicle shot to death.

3. On January 30, 2005, the Circuit Court of Cook

County, Illinois, charged JUVENAL SALTO with first degree murder, a felony. An arrest warrant was issued and is attached to this affidavit.

    4. The Elk Grove Village Police Department has not been able to locate JUVENAL SALTO since the shooting incident. MARINA SALTO was interviewed on the day of the shooting and again on February 2, 2005. She has not seen her husband since the incident, and he left his cell phone at their residence. The truck he fled the scene in has not been seen. MARINA SALTO indicated that JUVENAL has in the past left Illinois to visit relatives in California. He also has relatives in Mexico.

    5. Contact by the Elk Grove Village Police Department with representatives of Drive Train Specialties in Bensenville, Illinois, where JUVENAL SALTO is employed, revealed that he has not reported to work since the shooting incident.

    6. Elk Grove Village police have determined that a cell phone used by SALTO's son, GUSTAVO, shows calls made to New York, Tennessee and Arizona exchanges since the incident.

    6. Based on the information contained in this affidavit, I believe JUVENAL SALTO fled the State of Illinois to avoid prosecution for the Illinois felony of first degree murder.

7. The Cook County State's Attorney will extradite SALTO when he is apprehended.

_____
SCOTT R. IRWIN
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
before me this 3rd day
of February, 2005

_____
MICHAEL T. MASON
United States Magistrate Judge

(Rev. 12/19/00) CCCR 0656

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.

JUVENAL NMI SALTO
(First) (M.I.) (Last)

Case No. _____

☐ Violation of:
☐ Probation ☐ AMF
☐ Supervision ☒ Arrest
☐ Conditional Discharge ☐ BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant __Juvenal NMI Salto__
(First) (M.I.) (Last)

for the offense(s) of __FIRST DEGREE MURDER__
(Description)

__720__ ILCS __5__ / __9-1(a)(1)__
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

__2121 Euclid Ave. Rolling Meadows, IL__ __108__ __March 8th, 2005__
(Location) (Room) (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

_____
(Geographic Limitations)

Issued in Cook County _____

Bail Fixed at $ _____

_____ _____
Judge No.

_____
Prosecutor

_____ _____
Judge No.

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof, _____

By _____
Clerk of The Circuit Court Deputy Clerk

| Name | Juvenal NMI Salto | Alias | Juvenal T. Salto Sr. dob 02-02-62 |
|---|---|---|---|
| | (First) (M.I.) (Last) | | |
| Residence | 332 Birchwood Ln. Elk Grove Village, IL 60007 | | |
| | Street | City or Town | State Zip |

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|---|---|---|---|---|---|---|---|---|
| M | HISP | 5'06" | 190Lbs. | 05/05/60 | 44 | MED | Heavy | S430-4206-0129 |
| IR | CB/DCN | | FBI | | SID | | Social Security 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 | Forfeited Bond No. |

Complainant's Name __Detective Larry Nagel *630__ Address __901 Wellington Ave. Elk Grove Vlg., I__

Arresting Officer __Det. Larry Nagel__ Star No. __630__ Agency/Unit __Crim. Invest.__ Officer's Key __F__

Reviewed By _____ Audited By _____
Prosecutor Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS